ROBERT H. JOHNSON (SBN 048067)
JENNIFER L. HIPPO (SBN 222219)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
California Plaza
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247

Attorneys for FEATHER RIVER COLLEGE DISTRICT
(Erroneously sued as FEATHER RIVER COLLEGE)

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815

**IN THE UNITED STATES DISTRICT COURT**
**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

MICHELLE JUAREGUITO

Plaintiff

v.

FEATHER RIVER COLLEGE

Defendants.

**CASE NO. 2:06-CV-02687-FCD-GGH**

**STIPULATION AND ORDER TO CONTINUE EXPERT DISCLOSURE**

Defendant FEATHER RIVER COLLEGE DISTRICT by and through its counsel of record, and Plaintiff, MICHELLE JUAREGUITO by and her counsel of record, hereby stipulate that the disclosure of expert witnesses, previously set for August 24, 2007 as per the Court's pretrial order dated March 12, 2007, be vacated and continued under the following terms:

All counsel are to designate in writing, file with the court, and serve upon all other parties the name, address, and area of expertise of each expert that they propose to tender at trial not later than **October 12, 2007**. The designation shall be accompanied by a written report prepared and signed by the witness. The report shall comply with Fed. R. Civ. P. 26(a)(2)(B). By **October 25, 2007**, any party who previously disclosed expert witnesses may submit a supplemental list of expert witnesses who will express an opinion on a subject covered by an expert

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815

designated by an adverse party, if the party supplementing an expert witness designation has not previously retained an expert on that subject. The supplemental designation shall be accompanied by a written report which shall also comply with the conditions as stated above. All expert discovery shall be completed by **November 15, 2007**.

Said stipulation is based on the parties' scheduling of a mediation in this matter and its related matter *Thein v. FRCCD*, Case No. 2:06-CV-01777 FCD GGH, currently scheduled to take place in early October. The parties are interested in avoiding unnecessary costs and fees for the review and analysis of voluminous documentary evidence associated with conducting and completing expert discovery. As a public entity in particular, the District is hoping to avoid incurring potentially unnecessary fees and costs under the circumstances. For instance, if the mediation successfully resolves the dispute, it will not be necessary to conduct an Independent Mental Examination of Plaintiff to assess emotional damages. Additionally, the costs of expert depositions will be avoided should the mediation successfully resolve the dispute. Additionally, discovery is ongoing by both parties at this time. As such, neither party are in the position to complete expert discovery at this time.

**IT IS SO STIPULATED.**

Dated:

JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation

/s/ Jennifer L. Hippo
ROBERT JOHNSON
JENNIFER L. HIPPO
Attorneys for Defendant,
LODI UNIFIED SCHOOL DISTRICT,
A California Public Entity

Dated:

BEESON TERHORST, LLP

/s/ Jennie Klose
JENNI KLOSE
Attorneys for Plaintiff,
MICHELLE JUAREGUITO

**IT IS SO ORDERED.**

Dated: August 22, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815

**PROOF OF SERVICE**

**CASE NAME:**
**CASE NO.: 2:06-CV-02687-GEB-EFB**

I am employed in the County of Sacramento. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 2180 Harvard Street, Suite 560, Sacramento, CA 95815.

I am familiar with this office's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a United States mailbox after the close of each day's business.

On the date listed below, I served the following:

__ United States Mail - on all parties in said action by placing a true copy of the above-described document(s) enclosed in a sealed envelope in the designated area for outgoing mail addressed as set forth below.

__ By FACSIMILE (telecopier) - by personally sending to the addressee's facsimile number a true copy of the above-described document(s).

__ Federal Express - on all parties in said action by placing a true copy of the above-described document(s) in an authorized area for pick-up by an authorized express service courier the same day it is collected and processed in the ordinary course of business as set forth below.

__ Personal Service - By personally delivering or causing to be delivered a true copy of the above-described document to the person(s) and at the address(es) set forth as shown below.

Jeffrey Beeson
Michael Terhorst
Beeson Terhorst
1001 G Street, Suite 100
Sacramento, CA 95814

__ FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on, at Sacramento, California.

______________________________

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815