JEFFREY E. BEESON / SBN 200897
MICHAEL A. TERHORST / SBN 164679
BEESON TERHORST LLP
510 Bercut Drive, Suite V
Sacramento, California  95811-0111
Telephone: (916) 444-3400
Facsimile:  (916) 444-3421

Attorneys for Plaintiff
MICHELLE JAUREGUITO

ROBERT H. JOHNSON / SBN 48067
JOHNSON, SCHACHTER & LEWIS
2180 Harvard Street, Suite 560
Sacramento, California 95815
Telephone:  (916) 921-5800
Facsimile:   (916) 921-0247

Attorneys for Defendant
FEATHER RIVER COMMUNITY COLLEGE DISTRICT
(sued herein as FEATHER RIVER COMMUNITY COLLEGE)

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE JAUREGUITO,<br><br>          Plaintiff.<br>  v.<br><br>FEATHER RIVER COMMUNITY COLLEGE,<br><br>          Defendant. | CASE NO.:  2:06-CV-02687-FCD-GGH<br><br>**STIPULATED MOTION AND ORDER FOR EXTENSION OF PRE-TRIAL AND TRIAL DEADLINES**<br><br>**"AS MODIFIED"** |

Plaintiff MICHELLE JAUREGUITO and Defendant FEATHER RIVER COMMUNITY COLLEGE DISTRICT (hereinafter "FRC") (sued herein as FEATHER RIVER COMMUNITY COLLEGE) submit the following STIPULATED MOTION FOR EXTENSION OF PRE-TRIAL AND TRIAL DEADLINES ("Motion"):

By this Motion, Plaintiff Michelle Jaureguito and Defendant Feather River Community College District (referred to collectively as the "Parties") seek to modify the pre-trial scheduling order to extend the period for discovery, all other pre-trial deadlines and trial date in this matter,

-1-

1  currently set per the Court's March 12, 2007 Order.

2      The Parties have engaged in extensive discovery and have mediation scheduled for October 1, 2007 in this and other related cases.  The Parties therefore seek to extend the current pre-trial deadlines so that they may complete discovery in the event that this matter does not settle at that time.  The Parties request that all dates be extended approximately three or four months for the pretrial and trial deadlines, respectively.

    Federal Rule of Civil Procedure 16(b) provides that a pretrial order may be modified, "upon a showing of good cause." This Court may modify a pretrial scheduling order if "it cannot reasonably be met despite the diligence of the party seeking the extension." Johnson v. Mammoth Recreations, Inc., 975 F.2d. 604, 609 (9th Cir. 1992) (quoting Fed. R. Civ. P. 16, advisory committee's notes (1983 amendment)). The "good cause" inquiry focuses primarily on the "diligence of the party seeking the amendment." Id.

    Here, the Parties have diligently participated in discovery, but are unable to meet the scheduling deadlines and will focus their efforts on a successful mediation.  Therefore, good cause exists for an extension of the pre-trial deadlines in this matter.

    The Parties stipulate to the following proposed pre-trial dates and trial date:

| | |
|---|---|
| Discovery Closes: | November 19, 2007 |
| Expert Disclosures Due: | December 3, 2007 |
| Rebuttal Expert Disclosures Due: | January 7, 2008 |
| Dispositive Motion Deadline: | February 15, 2008 |
| Final Pre-Trial Conference: | April 18, 2008 |
| Trial | July 29, 2008 |

    The Parties further stipulate only to continue the aforementioned deadlines, leaving the March 12, 2007 Order otherwise in tact.  The Parties further stipulate to consider this matter submitted on this Motion pursuant to Eastern District Court of California Local Rule No. 78-230(h).

///

///

**IT IS SO STIPULATED.**

Dated: September 13, 2007          BEESON TERHORST LLP

By:  /s/ Michael A. Terhorst
     MICHAEL A. TERHORST
     Attorneys for Plaintiff
     MICHELLE JAUREGUITO

Dated: September 18, 2007          JOHNSON SCHACHTER & LEWIS
                                   A Professional Law Corporation

By:  /s/ Robert Johnson
     ROBERT JOHNSON
     Attorneys for Defendant
     FEATHER RIVER COMMUNITY COLLEGE DISTRICT

## ORDER

Pursuant to the above stipulation the court resets the discovery and expert designations as noted, however the court makes the following additional modifications to the pretrial scheduling order:

| | |
|---|---|
| All expert discovery to be completed: | February 4, 2008 |
| All dispositive motions to be heard no later than: | April 11, 2008 |
| Final pretrial conference: | June 13, 2008 at 2:30 p.m. |
| The Joint Pretrial Statement to be filed: (The parties are to refer to the court's PSC order as to the form and content of the statement.) | June 6, 2008 |
| Jury trial: | September 23, 2008 at 9:00 a.m. |

**IT IS SO ORDERED.**

**DATED: September 20, 2007**

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE