|   |   |
|---|---|
|   |   |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PAUL THEIN,

       Plaintiff(s),                          No. 2:06-cv-1777 FCD/GGH

   v.

FEATHER RIVER COMMUNITY COLLEGE,

       Defendant(s).
_____/

MICHELLE JAUREGUITO

       Plaintiff(s),                          No. 2:06-cv-2687 FCD/GGH

   v.

FEATHER RIVER COMMUNITY COLLEGE,                    **RELATED CASE ORDER**

       Defendant(s).
_____/

LAUREL WARTLUFT,                                     No. 2:07-cv-2023 LEW/GGH

       Plaintiff(s),

   v.

FEATHER RIVER COMMUNITY COLLEGE,

       Defendant(s).
_____/

1    Examination of the above-entitled actions reveals that they are related within the meaning
2 of Local Rule 83-123(a) (E.D. Cal. 1997).  The actions involve many of the same defendants and
3 are based on the same or similar claims, the same property transaction or event, similar questions
4 of fact and the same questions of law, and would therefore entail a substantial duplication of
5 labor if heard by different judges.  Accordingly, the assignment of the matters to the same judge
6 is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the
7 parties.

8    The parties should be aware that relating the cases under Local Rule 83-123 merely has
9 the result that these actions are assigned to the same judge; no consolidation of the actions is
10 effected.  Under the regular practice of this court, related cases are generally assigned to the
11 judge and magistrate judge to whom the first filed action was assigned.

12    IT IS THEREFORE ORDERED that the action denominated, 2:07-cv-2023 LEW GGH
13 be reassigned to Judge Frank C. Damrell, Jr. and the magistrate judge assignment remain with
14 Magistrate Judge Gregory G. Hollows for all further proceedings, and any dates currently set, in
15 the reassigned case, are VACATED.  Henceforth, the caption on documents filed in the
16 reassigned case shall be shown as: 2:07-cv-2023 FCD GGH.

17    IT IS FURTHER ORDERED that the Clerk of Court issue an Order Requiring a Joint
18 Status Report for the undersigned.

19    IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the
20 assignment of civil/criminal cases to compensate for this reassignment.

21    IT IS SO ORDERED.

22 DATED: October 1, 2007

25    FRANK C. DAMRELL, JR.
     UNITED STATES DISTRICT JUDGE