JEFFREY E. BEESON, SBN 200897
MICHAEL A. TERHORST, SBN 164679
BEESON TERHORST LLP
510 Bercut Drive, Suite V
Sacramento, California 95811-0111
Telephone: (916) 444-3400
Facsimile:  (916) 444-3421

Attorneys for Plaintiff
MICHELLE JAUREGUITO


ROBERT H. JOHNSON, SBN 48067
JOHNSON, SCHACHTER & LEWIS
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile:  (916) 921-0247

Attorneys for Defendant
FEATHER RIVER COMMUNITY COLLEGE DISTRICT
(sued herein as FEATHER RIVER COMMUNITY COLLEGE)

IN THE UNITED STATES DISTRICT COUT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE JAUREGUITO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEATHER RIVER COMMUNITY COLLEGE,<br><br>　　　　　Defendant. | CASE NO.: **2:06-CV-02687-FCD-GGH**<br><br>**STIPULATED MOTION AND ORDER FOR EXTENSION OF PRE-TRIAL AND TRIAL DEADLINES**<br><br>**"AS MODIFIED"** |

　　　　Plaintiff MICHELLE JAUREGUITO and Defendant FEATHER RIVER COMMUNITY COLLEGE DISTRICT (hereinafter "FRC") (sued herein as FEATHER RIVER COMMUNITY COLLEGE) submit the following STIPULATED MOTION FOR EXTENSION OF PRE-TRIAL AND TRIAL DEADLINES ("Motion"):

　　　　By this Motion, Plaintiff Michelle Jaureguito and Defendant Feather River Community College District (referred to collectively as the "Parties") seek to modify the pre-trial scheduling

-1-
STIPULATED MOTION AND ORDER FOR EXTENSION OF PRE-TRIAL AND TRIAL DEADLINES

order to extend the period for discovery, all other pre-trial deadlines and trial date in this matter, originally set per the Court's March 12, 2007 Order.   One modification of the original pre-trial scheduling order was ordered on September 20, 2007.

The Parties have engaged in extensive discovery, participated in mediation, and completed a related administrative hearing before the California State Personnel Board.  Issues have arisen in the mediation and administrative hearing that necessitate further discovery. The Parties therefore seek to extend the current pre-trial deadlines so that they may complete discovery. The Parties request that all dates be extended approximately ninety (90) days.

Federal Rule of Civil Procedure 16(b) provides that a pretrial order may be modified, "upon a showing of good cause." This Court may modify a pretrial scheduling order if "it cannot reasonably be met despite the diligence of the party seeking the extension." Johnson v. Mammoth Recreations, Inc., 975 F.2d. 604, 609 (9th Cir. 1992) (quoting Fed. R. Civ. P. 16, advisory committee's notes (1983 amendment)). The "good cause" inquiry focuses primarily on the "diligence of the party seeking the amendment." Id.

Here, the Parties have diligently participated in discovery, but are unable to meet the scheduling deadlines due to the complex nature of this case.  Therefore, good cause exists for an extension of the pre-trial deadlines in this matter.

The Parties stipulate to the following proposed pre-trial dates and trial date:

| | |
|---|---|
| Discovery Closes: | February 15, 2008 |
| Expert Disclosures Due: | March 3, 2008 |
| Rebuttal Expert Disclosures Due: | April 4, 2008 |
| Expert Discovery Cutoff: | June 2, 2008 |
| Dispositive Motion Deadline: | August 22, 2008 |
| Final Pre-Trial Conference: | October 24, 2008 at 2:00 p.m. |

The Joint Pretrial statement shall be filed no later than October 17, 2008.

| | |
|---|---|
| Jury Trial: | January 13, 2009 at 9:00 a.m. |

The Parties further stipulate to consider this matter submitted on this Motion pursuant to Eastern District Court of California Local Rule No. 78-230(h).

The Parties stipulate only to continue the aforementioned deadlines, leaving the original March 12, 2007 Order otherwise in tact.  The Parties further stipulate to consider this matter submitted on this Motion pursuant to Eastern District Court of California Local Rule No. 78-230(h).

**IT IS SO STIPULATED.**

Dated:  November 19, 2007          BEESON TERHORST LLP


By:  ____/s/ Michael A. Terhorst_____
     MICHAEL A. TERHORST
     Attorneys for Plaintiff
     PAUL THEIN

Dated:  November 19, 2007          JOHNSON SCHACHTER & LEWIS
     A Professional Law Corporation


By:  ____/s/ Robert H. Johnson_____
     ROBERT H. JOHNSON
     Attorneys for Defendant
     FEATHER RIVER COMMUNITY COLLEGE
     DISTRICT

**IT IS SO ORDERED.**

**DATED: November 20, 2007**

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

-3-
STIPULATED MOTION AND ORDER FOR EXTENSION OF PRE-TRIAL AND TRIAL DEADLINES