ROBERT H. JOHNSON (SBN 048067)
JENNIFER L. HIPPO (SBN 222219)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
California Plaza
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247

Attorneys for FEATHER RIVER COLLEGE

JEFFREY E. BEESON (SBN 200897)
MICHAEL A. TERHORST (SBN 164679
Attorneys at Law
BEESON TERHORST LLP
510 Bercut Drive, suite V
Sacramento, CA 95811-0111
Telephone: (916) 444-3400
Facsimile: (916) 444-3421

Attorneys for Plaintiff MICHELLE JAUREGUITO

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHELLE JAUREGUITO<br><br>    Plaintiff<br><br>v.<br><br>FEATHER RIVER COLLEGE<br><br>    Defendants. | **CASE NO. 2:06-CV-02687-FCD-GGH**<br><br>**STIPULATED MOTION AND ORDER FOR EXTENSION OF PRE-TRIAL AND TRIAL DEADLINES**<br><br>"AS MODIFIED" |

Plaintiff MICHELLE JAUREGUITO and Defendant FEATHER RIVER COMMUNITY COLLEGE DISTRICT (hereinafter "FRC") (sued herein as FEATHER RIVER COMMUNITY COLLEGE) submit the following STIPULATED MOTION FOR EXTENSION OF PRE-TRIAL and TRIAL DEADLINES ("Motion"):

By this Motion, Plaintiff Michelle Jaureguito and Defendant Feather River Community College District (referred to collectively as the "Parties") seek to modify the pre-trial scheduling order to extend the period for discovery and all other pre-trial deadlines in this matter, originally

1

1  set by the Court's November 20, 2007 Order.

2  The Parties have engaged in extensive discovery, participated in mediation, and
3  completed a related administrative hearing before the California State Personnel board.  Issues
4  have arisen in the mediation and administrative hearing that necessitate further discovery.  The
5  Parties therefore seek to extend the current pre-trial deadlines so that they may complete
6  discovery.  The Parties request that the dates be extended to coincide with the dates in the related
7  case of Wartluft v. Feather River Community College District, Action No. 2:07-cv-2023
8  FCD/GGH.

9  Federal rule of Civil Procedure 16(b) provides that a pre-trial order may be modified,
10 "upon a showing of good cause."  This Court may modify a pre-trial scheduling order if "it
11 cannot reasonably be met despite the diligence of the party seeking the extension."  Johnson v.
12 Mammoth Recreations, Inc., 975 F.2d. 604, 609 (9th Civ. 1992) (quoting Fed. R. Civ. P. 16,
13 advisory committee's notes (1983 amendment)).  The "good cause" inquiry focuses primarily on
14 the "diligence of the party seeking the amendment."  Id.

15 Here, the Parties have diligently participated in discovery, but are unable to meet the
16 scheduling deadlines due to the complex nature of this case.  Therefore, good cause exists for an
17 extension of the pre-trial deadlines in this matter.

18 The Parties stipulate to the following proposed pre-trial dates and trial date:

19 Discovery Closes:                        August 15, 2008
20 Expert Disclosures Due:                  August 29, 2008
21 Supplemental Expert Disclosures Due:     September 18, 2008
22 Expert Discovery Cutoff:                 October 16, 2008
23 Dispositive Motion Deadline:             December 19, 2008

24 The Final Pre-Trial Conference date; the date for filing the Joint Pre-Trial statement; and
25 the date set for the Jury Trial will remain unchanged.

26 The Parties stipulate only to continue the aforementioned deadlines, leaving the original
27 November 20, 2007 Order otherwise in tact.

28 The Parties further stipulate to consider this matter submitted on this Motion pursuant to

**JOHNSON SCHACHTER & LEWIS**
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815

Eastern District Court of California Local Rule No. 78-2230(h).

**IT IS SO STIPULATED.**

Dated: March __, 2008                    BEESON TERHORST LLP

                                        By:  ___/s/ MichaelA. Terhorst_____
                                            MICHAEL A. TERHORST
                                            Attorneys for Plaintiff PAUL THEIN

Dated: March ___, 2008                   JOHNSON SCHACHTER & LEWIS
                                        A Professional Law Corporation

                                        By: ___/s/ Robert H. Johnson_____
                                            ROBERT H. JOHN SON
                                            Attorneys for Defendant FEATHER RIVER
                                            COMMUNITY COLLEGE DISTRICT

### ORDER

Upon review of the request/stipulation above and of the docket the court shall GRANT in part the parties' request.  Although, the parties have attempted to submit a stipulation that would leave the final pretrial conference and the jury trial dates as set, the court cannot accommodate that part of the request.  Therefore, the court HEREBY SETS the following revised schedule:

The discovery deadline: July 18, 2008;

Designation of expert witnesses: August 29, 2008;

Supplemental rebuttal designations: September 18, 2008;

Expert discovery closes: October 16, 2008;

All dispositive motions shall be heard no later than: December 19, 2008;

The final pretrial conference is set for March 6, 2009 at 2:00 p.m.; and

The jury trial is set for May 12, 2009 at 9:00 a.m.

The court notes for the record that this is the third request/stipulation filed by the parties and the request/stipulation was submitted after the expiration of the discovery and designation of expert deadlines.  Accordingly, the court shall not allow any further extensions absent a properly filed motion pursuant to the Court's Pretrial Scheduling Order and the District's local rules.

IT IS SO ORDERED.

DATED: April 22, 2008

                                        _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE