1  ROBERT H. JOHNSON (SBN O48067)
   JENNIFER L. HIPPO (SBN 222219)
2  JOHNSON SCHACHTER & LEWIS
   A Professional Law Corporation
3  California Plaza
   2180 Harvard Street, Suite 560
4  Sacramento, CA 95815
   Telephone: (916) 921-5800
5  Facsimile: (916) 921-0247

6  Attorneys for FEATHER RIVER COMMUNITY COLLEGE DISTRICT (sued as FEATHER RIVER COMMUNITY COLLEGE)
7
   DANIEL SIEGEL (SBN 056400)
8  DEAN ROYER (SBN 233292)
   SIEGEL & YEE
9  499 14th St., Ste 220
   Oakland, CA 94612
10
   Attorneys for Plaintiff MICHELLE JAUREGUITO
11

12  **IN THE UNITED STATES DISTRICT COURT**

13  **EASTERN DISTRICT OF CALIFORNIA**

14

15  MICHELLE JAUREGUITO              )   **CASE NO. 2:06-cv-02687-FCD-GGH**
                                     )
        Plaintiff                    )   **STIPULATION AND ORDER FOR (1)**
16                                   )   **LEAVE TO AMEND COMPLAINT TO**
    v.                               )   **ADD PENDENT STATE CLAIMS FOR**
17                                   )   **RELIEF (2) TO AMEND**
    FEATHER RIVER COMMUNITY COLLEGE  )   **DEFENDANT'S ANSWER (3) WAIVE**
18                                   )   **DEFENDANTS' ELEVENTH**
        Defendant.                   )   **AMENDMENT IMMUNITY AND (4)**
19                                   )   **TO ALLOW THE USE IN THIS**
                                     )   **ACTION OF ALL DEPOSITIONS,**
20  _____  )   **DISCOVERY, AND TESTIMONY**

21

22

23          Plaintiff MICHELLE JAUREGUITO and Defendants[1] FEATHER RIVER COMMUNITY

24  COLLEGE DISTRICT (hereinafter "FRCCD") (sued herein as FEATHER RIVER

25  COMMUNITY COLLEGE) and prospective Defendant SUSAN CARROLL submit the

26

27  _____
    [1] "Defendants" includes prospective Defendant Susan Carroll.
28
                                     1
**STIPULATION AND ORDER FOR (1) LEAVE TO AMEND COMPLAINT TO ADD PENDENT STATE CLAIMS FOR RELIEF (2) TO AMEND DEFENDANT'S ANSWER (3) WAIVE DEFENDANTS' ELEVENTH AMENDMENT IMMUNITY AND (4) TO ALLOW THE USE IN THIS ACTION OF ALL DEPOSITIONS, DISCOVERY, AND TESTIMONY**

1  following STIPULATED MOTION AND ORDER FOR LEAVE (1) TO AMEND COMPLAINT
2  TO ADD PENDENT STATE CLAIMS FOR RELIEF (2) TO AMEND DEFENDANT'S
3  ANSWER PRESERVING ALL DEFENSES TO PLAINTIFF'S PENDENT STATE COURT
4  CLAIMS FOR RELIEF (3) TO WAIVE DEFENDANTS' ELEVENTH AMENDMENT
5  IMMUNITY AND (4) TO ALLOW THE USE IN THIS ACTION OF ALL DEPOSITIONS,
6  DISCOVERY, AND TESTIMONY from each of the related actions described below:

7       By this Motion, Plaintiff MICHELLE JAUREGUITO and Defendant FEATHER RIVER
8  COMMUNITY COLLEGE DISTRICT (referred to collectively as the "Parties") seek to amend
9  the complaint filed with this Court on November 22, 2006 to include certain claims for violations
10 of the California Fair Employment and Housing Act that were originally filed in California state
11 Court in the County of Plumas.  The state action entitled *Jauareguito v. Feather River Community*
12 *College District and Susan Carroll*, Case No.: 26975 alleges two claims for Retaliation in
13 violation of the Fair Employment and Housing Act and Failure to Prevent Discrimination and
14 Harassment in violation of the Fair Employment and Housing Act.[2]  The Parties also stipulate that
15 Defendant may amend the Answer to assert the denials and defenses applicable except the
16 defense of Eleventh Amendment immunity.  Further, Defendant agrees to and does expressly
17 waive its right to assert the immunity from suit in federal court afforded to State entities and their
18 employees by the Eleventh Amendment to the United States Constitution.  Defendant stipulates
19 that the statute of limitations for Plaintiff's FEHA action has been tolled during the pendency of
20 Plaintiff's action in state court.  The parties also agree that any award of attorneys' fees and costs
21 to the prevailing party on the state claims shall be determined by this court upon determination of
22 prevailing party status. Further, the parties stipulate that the parties may use all deposition
23 testimony, discovery, evidence, and hearing testimony (preserving all objections), to support this
24 action, from each of the following related actions; as if said discovery, evidence, or testimony had
25 been obtained in this case:

---

27     [2] The State action was transferred to Butte County Superior Court, Case No.: 142789.

28
2
**STIPULATION AND ORDER FOR (1) LEAVE TO AMEND COMPLAINT TO ADD PENDENT STATE CLAIMS
FOR RELIEF (2) TO AMEND DEFENDANT'S ANSWER (3) WAIVE DEFENDANTS' ELEVENTH AMENDMENT
IMMUNITY AND (4) TO ALLOW THE USE IN THIS ACTION OF ALL DEPOSITIONS, DISCOVERY, AND
TESTIMONY**

**JOHNSON SCHACHTER & LEWIS**
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815

- *Thein v. Feather River Community College District and Susan Carroll*, Case No.: 142787;
- *Juareguito v. Feather River Community College District, Susan Carroll, and Cameron Abbott*, Case No.: 142789;
- *Wartluft v. Feather River Community College District and Susan Carroll*, Case No. 142788;
- *Thein v. Feather River Community College*, Case No. 2:06-cv-01777-FCD-GGH;
- *Wartluft v. Feather River Community College,* Case No. 2:07-cv-02023-FCD-GGH;
- *Thein v. Feather River Community College District, Dr. Susan Carroll, Cameron Abbott, Dr. Michael Bagley, Michael Cassity, and Joseph Munoz*, (Before the State Personnel Board of the State of California), Case No.: 06-1942;
- *Wartluft v. Feather River Community College District, Dr. Susan Carroll, Cameron Abbott, and Joseph Munoz,* (Before the State Personnel Board of the State of California), Case No.: 06-1979; and
- *Jaureguito v. Feather River Community College District, Dr. Susan Carroll, Cameron Abbott, Dr. Michael Bagley, Michael Cassity, and Joseph Munoz,* (Before the State Personnel Board of the State of California), Case No. 06-2186.

This stipulation is not intended to affect the current scheduling order in this matter and should not result in any delay or additional burden on the federal court because the facts underlying the State court action in Case No. 142789 are the same facts underlying the above-entitled action. In Plaintiff's opposition to Defendant's motion to stay the above-entitled action, Plaintiff admitted that the facts underlying the action were the same and that the only reason she filed a State action separate from the above-entitled action was because of Defendants' Eleventh Amendment immunity. The Parties are concurrently filing an identical stipulation in the related cases of *Wartluft v. Feather River Community College District,* Case No. 2:07-cv-02023-FCD-GGH and *Thein v. Feather River Community College District*, Case No. 2:06-cv-01777-FCD-GGH.

The Parties further stipulate to consider this matter submitted on this Motion pursuant to

3

**STIPULATION AND ORDER FOR (1) LEAVE TO AMEND COMPLAINT TO ADD PENDENT STATE CLAIMS FOR RELIEF (2) TO AMEND DEFENDANT'S ANSWER (3) WAIVE DEFENDANTS' ELEVENTH AMENDMENT IMMUNITY AND (4) TO ALLOW THE USE IN THIS ACTION OF ALL DEPOSITIONS, DISCOVERY, AND TESTIMONY**

1  Eastern District Court of California Local Rule No. 78-2230(h).

2

3

4  **IT IS SO STIPULATED.**

5  Dated: November 13, 2008                SIEGEL & YEE

6

7
                                          By:  ___/s/ Dean Royer_____
8                                                DEAN ROYER
                                                 Attorneys for Plaintiff MICHELLE
9                                                JAUREGUITO

10 Dated: November 13, 2008                JOHNSON SCHACHTER & LEWIS
                                          A Professional Law Corporation
11

12
                                          By:  ___/s/ Robert H. Johnson_____
13                                               ROBERT H. JOHNSON
                                                 Attorneys for Defendant FEATHER RIVER
14                                               COMMUNITY COLLEGE DISTRICT

15
    **IT IS SO ORDERED.**
16
    Dated: November 13, 2008
17

18                                        _____
                                          FRANK C. DAMRELL, JR.
19                                          UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28
                                              4
   **STIPULATION AND ORDER FOR (1) LEAVE TO AMEND COMPLAINT TO ADD PENDENT STATE CLAIMS
   FOR RELIEF (2) TO AMEND DEFENDANT'S ANSWER (3) WAIVE DEFENDANTS' ELEVENTH AMENDMENT
   IMMUNITY AND (4) TO ALLOW THE USE IN THIS ACTION OF ALL DEPOSITIONS, DISCOVERY, AND
                                          TESTIMONY**