# UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHELLE JAUREGUITO, | ) | Case No. 2:06-CV-02687-FCD-GGH |
| | ) | |
|       Plaintiff, | ) | **ORDER RE STATUS (PRETRIAL** |
| | ) | **SCHEDULING) ORDER** |
|   vs. | ) | |
| | ) | |
| FEATHER RIVER COMMUNITY | ) | DATE: May 29, 2009 |
| COLLEGE, | ) | TIME: 10:00 a.m. |
| | ) | COURTROOM: 2 |
|       Defendants. | ) | JUDGE: Hon. Frank C. Damrell, Jr. |
| | ) | |

Pursuant to the parties Stipulation filed on April 17, 2009, the Court hereby MODIFIES its Pretrial Scheduling Order as follows:

| | |
|---|---|
| Discovery deadline: | December 31, 2009 |
| Designation of expert witnesses: | January 14, 2010 |
| Supplemental rebuttal designations: | February 3, 2010 |
| Expert discovery deadline: | March 5, 2010 |
| Dispositive motions heard no later than: | May 7, 2010 |
| Final pretrial conference set for: | July 16, 2010 at 2:00 p.m. |
| Jury trial set for: | September 21, 2010 at 9:00 a.m. |

Dated: April 20, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE