UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

MICHELLE JAUREGUITO,

        Plaintiff,

   v.

FEATHER RIVER COMMUNITY COLLEGE, et al.,

        Defendants.

NO. CIV. S-06-2687 FCD/GGH

MEMORANDUM AND ORDER

----oo0oo----

This matter is before the court on plaintiff Michelle Jaureguito's ("plaintiff") motion to modify the pretrial scheduling order to extend all pretrial dates in light of related administrative proceedings before the California State Personnel Board ("SPB") which plaintiff contends may have an impact on this litigation.[1]  Fed. R. Civ. P. 16(b).  In this action as well as in the SPB matter, plaintiff alleges the community college district retaliated against her for reporting alleged

---

[1] Because oral argument will not be of material assistance, the court orders this matter submitted on the briefs. E.D. Cal. L.R. 230(g).

criminal/harassing activity of a co-worker.  Defendants Feather River Community College District, Susan Carroll and Cameron Abbott do not oppose the motion.  (Non-Opp'n, filed Feb. 9, 2010 [Docket #52].)  As such, considering defendants' non-opposition to the motion and finding good cause for the requested extension, the court GRANTS plaintiff's motion.  The court's pretrial scheduling order of April 20, 2009 (Docket #48) is HEREBY modified as follows:

| | |
|---|---|
| Discovery Deadline: | June 30, 2010 |
| Designation of Expert Witnesses: | July 16, 2010 |
| Supplemental Rebuttal Designations: | August 6, 2010 |
| Expert Discovery Deadline: | September 3, 2010 |
| Dispositive Motion Deadline: | November 12, 2010 |
| Final Pretrial Conference: | January 28, 2011 at 1:30 p.m. |
| Trial: | March 29, 2011 at 9:00 a.m. |

IT IS SO ORDERED.

DATED: February 23, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28