IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHELLE JAUREGUITO,

    Plaintiff,                              CIV. NO. S- 06-2687 FCD GGH

    vs.

FEATHER RIVER COLLEGE, et al.,

    Defendants.                        ORDER

_____/

         Defendants' motion for order shortening time, filed May 20, 2010, seeks shortened time in which to hear their motion to compel production of plaintiff's psychological/mental health records as subpoenaed on non-party Don Huggins, Ph.D., and to compel his June 2, 2010 deposition should he refuse to testify on that date. Defendants also seek to compel depositions of the four non-party mental health providers who did comply with the subpoenas in case they refuse to testify at their scheduled June depositions.

         This order addresses only the motion to compel production of documents and deposition of Don Huggins. Defendants have shown sufficient reason why this third party may not be amenable to being deposed. The other depositions are not ripe for review and will not be addressed on a motion to be heard on shortened time.

         Accordingly, IT IS ORDERED that:

1. Defendants' request for order shortening time is granted in part.

2. The hearing on defendants' motion to compel is scheduled for May 27, 2010.

1

3.  Non-Party Huggins shall file any opposition by 5 p.m. on May 26, 2010.

4.  Defendants shall serve this order personally or electronically on Don Huggins forthwith.

DATED: May 21, 2010

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:Jaureguito2687.ost.wpd