1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8    MICHELLE JAUREGUITO,

9              Plaintiff,                    CIV. NO. S- 06-2687 FCD GGH

10        vs.

11   FEATHER RIVER COLLEGE, et al.,

12             Defendants.                   ORDER
                                      /
13

14            Previously pending on this court's law and motion calendar for May 27, 2010 was

15   defendants' motion to compel production of plaintiff's psychological/mental health records as

16   subpoenaed on non-party Don Huggins, Ph.D., and to compel his June 2, 2010 deposition.

17   Defendants were represented by Patrick Deedon.[1]  Non-party Huggins did not appear at the

18   hearing and did not file the court ordered opposition to the motion.  Plaintiff has not objected to

19   release of her records.

20            Accordingly, IT IS ORDERED that:

21            1.  Defendants' motion to compel production of psychological/mental health

22   records and depositions of non-party mental health providers, filed May 20, 2010 (dkt. #s 59, 61),

23   is granted in part.

24   \\\\\

25
     _____
26        [1]  Plaintiff made no appearance.

                                      1

1        2.  Non-party Don Huggins shall produce all of plaintiff's mental health records as

2   requested by defendants' subpoena, at his deposition.

3        3.  Don Huggins shall submit to deposition as noticed by defendants on June 2,

4   2010, or other date reasonably agreed to by the parties.

5        4.  The Clerk of the Court shall serve this order on Don Huggins, Ph.D., 180 West

6   Huffaker Lane, #303, Reno, Nevada, 89509.

7   DATED: May 27, 2010

8                        /s/ Gregory G. Hollows

9                        GREGORY G. HOLLOWS
                              U. S. MAGISTRATE JUDGE

10   GGH:076:Jaureguito2687.mtc.wpd

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26